**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00817-CR
No. 05-14-00818-CR
No. 05-14-00819-CR

## WILLIAM RUSSELL DENVER, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F12-62195-M, F12-62196-M, F14-00186-M**

## ORDER

The Court **DENIES** appellant's April 8, 2015 pro se "motion for new trial" and to abate the appeals for a hearing on the motion. Appellant is represented by counsel and is not entitled to hybrid representation *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/    ADA BROWN
       JUSTICE